

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
November 27, 2017

NVB 105-13 (Effective 1/17)

Richard E. Hawkins, Esq.
#3731
The Hawkins Law Firm
3430 E. Flamingo Rd #232
Las Vegas, NV  89121
(702) 508-8462
dochawk@theHawkinsLawFirm.org
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>Raul Cruz Punzalan<br>Julieta Acosta Punzalan<br><br><br><br><br>Debtor(s). | BK-S- 16-12594-btb<br><br>CHAPTER 13<br><br>**ORDER APPROVING FINAL LOAN MODIFICATION AGREEMENT**<br><br>Hearing Date: November 9, 2017<br>Hearing Time: 2:30 P.M. |

    Upon submission of Debtor's Motion to Approve Final Loan Modification Agreement on 8/15/2016_____.

    IT IS HEREBY ORDERED that the Debtor's Motion to Approve Final Loan Modification Agreement is GRANTED;

    IT IS FURTHER ORDERED that the MMM Program resulted in a final loan modification agreement, the terms of which are summarized as follows:

|  | Old Loan Terms | New Loan Terms |
|---|---|---|
| Principal Balance | $377,238.98 + $289,104.90 delininq | $325,000 |
| Interest Rate | 6% | 5% |
| Interest Type | fixed | fixed |
| Maturity Date | 4/1/2038 | 7/1/2057 |
| Principal and Interest Amount |  | $1,567.14 |
| Total Payment (including escrow, if applicable) |  | $1,567.14 |

☐ The monthly payment is scheduled to change within five years after the modification as set forth in the final loan modification agreement.

The final agreement ☑ does or ☐ does not incorporate pre-petition arrears.

The final agreement ☐ does or ☑ does not incorporate post-petition arrears.

The final agreement ☐ does or ☑ does not incorporate post-petition fees, expenses, or charges under Federal Rule of Bankruptcy Procedure 3002.1(c).

IT IS FURTHER ORDERED that the Lender will draft all documents required by the Agreement, other than pleadings or plan required to be filed in this case;

IT IS FURTHER ORDERED the within twenty-eight (28) days after entry of this Order, Debtor shall file, serve, and notice for confirmation an Amended Chapter 13 Plan or Modified Chapter 13 Plan providing for conduit loan modification payments if the Chapter 13 Plan does not already contain such provisions;

IT IS FURTHER ORDERED that all payments shall be considered timely upon receipt by the Trustee, not upon receipt by the Lender; and

IT IS FURTHER ORDERED that the Trustee may disburse the payment to the Lender under this Order until the case is dismissed or converted to another chapter, or the Court orders otherwise;

**IT IS SO ORDERED**.

Submitted by:

/s/ RE Hawkins                              Dated: 11/9/17
Attorney for Debtor(s)

###

LR 9021 Certification:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR 9021(b)1).

 XX  No party appeared at the hearing or filed an objection to the motion.

_____I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____

_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.