KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV  89101
(702)853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br>RAUL CRUZ PUNZALAN<br>JULIETA ACOSTA PUNZALAN<br><br><br>      DEBTORS | CASE NO: 16-12594-BTB<br>CHAPTER 13 |

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, KATHLEEN A. LEAVITT files this Notice of Final Cure Payment.    **NOTICE: A RESPONSE IS REQUIRED.**  Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), within 21 days after service of this NOTICE OF FINAL CURE PAYMENT, the holder shall file and serve on 1) the debtor, 2) debtor's counsel, and 3) the trustee a statement indicating:

(1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and;

(2) whether the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

The statement shall itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to respond may preclude presentment of this information in any contested matter and/or result in sanctions.

The amount required to cure the default in the claim  listed below **has been paid in full**.

**Final Cure Amount**

| Court Claim # | Name of Creditor<br>Account Number<br>Property Address | Claim Allowed | Amount Paid by Trustee |
|---|---|---|---|
| 7 | **US BANK TRUST NATIONAL ASSOCIATIO**<br>2890<br>1094 SHADY CHARMER AVE, LAS VEGAS, NV 89123 | $0.00 | $26,641.38 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:    **X** By the Chapter 13 Trustee                    __ Direct by the Debtor

DISBURSEMENT HISTORY

RAUL CRUZ PUNZALAN  16-12594-BTB
JULIETA ACOSTA PUNZALAN

**Trustee Claim #28**

|  | Disbursement Date | Check Number | Amount |
|---|---|---|---|
| FCI LENDER SERVICES INC | 11/02/2017 | 1,344,288 | $6,268.56 |
| FCI LENDER SERVICES INC | 12/01/2017 | 1,344,755 | $1,567.14 |
| FCI LENDER SERVICES INC | 01/01/2018 | 1,345,907 | $1,567.14 |
| FCI LENDER SERVICES INC | 07/01/2018 | 1,352,676 | $1,567.14 |
| FCI LENDER SERVICES INC | 09/01/2018 | 1,354,798 | $1,567.14 |
| FCI LENDER SERVICES INC | 10/01/2018 | 1,355,825 | $1,567.14 |
| FCI LENDER SERVICES INC | 11/01/2018 | 1,356,836 | $3,134.28 |
| FCI LENDER SERVICES INC | 12/01/2018 | 1,357,851 | $1,567.14 |
| FCI LENDER SERVICES INC | 02/01/2019 | 1,359,822 | $1,567.14 |
| FCI LENDER SERVICES INC | 03/01/2019 | 1,360,764 | $3,134.28 |
| FCI LENDER SERVICES INC | 04/01/2019 | 1,361,773 | $1,567.14 |
| FCI LENDER SERVICES INC | 05/01/2019 | 1,362,746 | $1,567.14 |

**Total Paid: $26,641.38**

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV 89101
(702) 853-0700

E-filed on: 1/9/20

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

**RAUL CRUZ PUNZALAN**
**JULIETA ACOSTA PUNZALAN**

Debtor (s)

CASE NO: BKS-16-12594-BTB
Chapter 13

# CERTIFICATE OF SERVICE

1. On January 09, 2020 I served the following document(s):

   **NOTICE OF FINAL CURE PAYMENT**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States mail, postage fully prepaid**

| | |
|---|---|
| RAUL CRUZ PUNZALAN<br>JULIETA ACOSTA PUNZALAN<br>1094 SHADY CHARMER AVE.<br>HENDERSON, NV 89052-8690 | US BANK TRUST NATIONAL<br>ASSOCIATION<br>C/O SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA 95501 |
| ELECTRONIC SERVICE -<br>THE HAWKINS LAW FIRM<br>3430 E FLAMINGO RD<br>SUITE 232<br>LAS VEGAS, NV 89121 | THE HAWKINS LAW FIRM<br>3430 E FLAMINGO RD<br>SUITE 232<br>LAS VEGAS, NV 89121 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 1/9/20

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee